No. 68396.—Lanston Industries, Inc. *v.* United States, protests 63/970, etc. (Philadelphia).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monophoto machines or parts thereof similar in all material respects to those the subject of *Lanston Industries, Inc.* v. *United States* (49 CCPA 123, C.A.D. 807), the claim of the plaintiff was sustained.

No. 68397.—Balfour Guthrie & Co., Ltd. *v.* United States, protest 59/25102 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), and the record showing that the merchandise consists of nylon gloves similar in use to silk gloves, the claim of the plaintiff was sustained.

No. 68398.—N. M. Albert Co., Inc. *v.* United States, protest 63/12802 (New York).

Opinion by FORD, J. An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.

No. 68399.—Van Oppen & Co., Inc. *v.* United States, protest 63/16701 (New York).

Opinion by FORD, J. An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.